# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TED GROVE                                                    PLAINTIFF

v.                       No. 4:18-cv-645-DPM

BIOMET INC.; BIOMET ORTHOPEDICS, LLC;
BIOMET US RECONSTRUCTION, LLC; and
BIOMET MANUFACTURING CORP.                    DEFENDANTS

## JUDGMENT

The case is dismissed with prejudice. The Court retains jurisdiction until 27 August 2019 to enforce the settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 April 2019